122 F.3d 1184
 Thomas Martin THOMPSON, Petitioner-Appellant,
v.
Arthur CALDERON, Warden of the California State Prison at
San Quentin, Respondent-Appellee.
 No. 97-99018.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 3, 1997.
 
 Before: HUG, Chief Judge, BROWNING, FLETCHER, PREGERSON, REINHARDT, HALL, KOZINSKI, T.G. NELSON, KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.
 
 
 1
 Petitioner's appeal of the district court's denial of his Rule 60(b) motion is dismissed without prejudice as moot.